# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 30, 2019

---

## NO. 03-19-00386-CR

**Jacob Mediano, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the order entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.